IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

David Oppenheimer and            )
Performance Impressions, LLC,    )
                                 )
        Plaintiffs,              )
                                 )
vs.                              )   Civil Action 2:16-cv- 1210 - RMG
                                 )
Sand Dollar Real Estate Group,   )
LLC,                             )
                                 )
        Defendant.               )
                                 )
_____) (JURY TRIAL DEMANDED)


S U M M O N S

TO:  Sand Dollar Real Estate Group, LLC

    YOU ARE HEREBY SUMMONED and required to serve upon Plaintiffs'
Attorney, John Hughes Cooper, Esquire, John Hughes Cooper, P.C.,
1476 Ben Sawyer Blvd., Suite 11, Mt. Pleasant, SC 29464 an answer
to the complaint which is herewith served upon you, within 21 days
after service of this summons upon you, exclusive of the day of
service.  If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You must also
file your answer with the Clerk of this Court within a reasonable
period of time after service.

Robin L. Blume_____                    April 19 , 2016
Clerk                                      Date

By: _s/Sandra Shealy____
    Deputy Clerk



1